HEATHER E. WILLIAMS, #122664
Federal Defender
MIA CRAGER, #300172
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: (916) 498-5700
Fax: (916) 498-5710
Mia_Crager@fd.org

Attorney for Defendant
JESUS RAMON CAMPOS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JESUS RAMON CAMPOS<br><br>Defendant. | Case No. 2:22-cr-00010-WBS<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME**<br><br>Date: June 27, 2022<br>Time: 9:00 a.m.<br>Judge: Hon. William B. Shubb |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney, through Assistant United States Attorney Cameron Desmond, attorney for Plaintiff and Federal Defender Heather E. Williams through Assistant Federal Defender Mia Crager, attorney for Jesus Ramon Campos, that the status conference, currently scheduled for June 27, 2022, be continued to September 12, 2022 at 9:00 a.m.

Defense counsel is reviewing discovery, including many audio recordings in Spanish, and conducting an investigation. Counsel for defendant believes that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded of this order's date through and including September 12, 2022; pursuant to 18 U.S.C. §3161 (h)(7)(A) and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4

based upon continuity of counsel and defense preparation.

      Counsel and the defendant also agree that the ends of justice served by the Court granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

Dated:  June 22, 2022
                                    HEATHER E. WILLIAMS
                                    Federal Defender

                                    */s/ Mia Crager*
                                    MIA CRAGER
                                    Assistant Federal Defender
                                    Attorney for Defendant
                                    JESUS RAMON CAMPOS

Dated: June 22, 2022
                                    PHILLIP A. TALBERT
                                    United States Attorney

                                    */s/ Cameron Desmond*
                                    CAMERON DESMOND
                                    Assistant U.S. Attorney
                                    Attorney for Plaintiff

**ORDER**

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including September 12, 2022, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). It is further ordered the June 27, 2022 status conference shall be continued until September 12, 2022, at 9:00 a.m.

Dated:  June 22, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE