1   HEATHER E. WILLIAMS, #122664
    Federal Defender
2   MIA CRAGER, #300172
    Assistant Federal Defender
3   801 I Street, 3rd Floor
    Sacramento, CA  95814
4   Tel: (916) 498-5700
    Fax: (916) 498-5710
5   Mia_Crager@fd.org

6   Attorney for Defendant
    JESUS RAMON CAMPOS
7

8                   IN THE UNITED STATES DISTRICT COURT

9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          )   Case No. 2:22-cr-00010-WBS
                                       )
    Plaintiff,                         )   **STIPULATION AND ORDER TO**
12                                     )   **CONTINUE STATUS CONFERENCE AND**
    vs.                                )   **EXCLUDE TIME**
13                                     )
    JESUS RAMON CAMPOS                 )
14                                     )   Date: September 12, 2022
                                       )   Time: 9:00 a.m.
15  Defendant.                         )   Judge: Hon. William B. Shubb
                                       )
16

17          IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States

18  Attorney, through Assistant United States Attorney Cameron Desmond, attorney for Plaintiff and

19  Federal Defender Heather E. Williams through Assistant Federal Defender Mia Crager, attorney

20  for Jesus Ramon Campos, that the status conference, currently scheduled for September 12,

21  2022, be continued to November 21, 2022 at 9:00 a.m.

22          Defense counsel is reviewing discovery, including many audio recordings in Spanish, and

23  conducting an investigation.  Counsel for defendant believes that failure to grant the above-

24  requested continuance would deny counsel the reasonable time necessary for effective

25  preparation, taking into account the exercise of due diligence.

26          Based upon the foregoing, the parties agree time under the Speedy Trial Act should be

27  excluded of this order's date through and including November 21, 2022;  pursuant to 18 U.S.C.

28  §3161 (h)(7)(A) and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4

                                        -1-

1    based upon continuity of counsel and defense preparation.

2          Counsel and the defendant also agree that the ends of justice served by the Court granting

3    this continuance outweigh the best interests of the public and the defendant in a speedy trial.

4
     Dated:  September 7, 2022
5                                              HEATHER E. WILLIAMS
                                               Federal Defender
6

7                                              */s/ Mia Crager*
                                               MIA CRAGER
8                                              Assistant Federal Defender
                                               Attorney for Defendant
9                                              JESUS RAMON CAMPOS

10   Dated: September 7, 2022

11                                             PHILLIP A. TALBERT
                                               United States Attorney
12                                             */s/ Cameron Desmond*
                                               CAMERON DESMOND
13                                             Assistant U.S. Attorney
                                               Attorney for Plaintiff
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER**

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including November 21, 2022, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). It is further ordered the September 12, 2022 status conference shall be continued until November 21, 2022, at 9:00 a.m.

Dated:  September 8, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE