1
HEATHER E. WILLIAMS, CA Bar No. 122664
Federal Defender
2
MEGHAN D. MCLOUGHLIN, NY Bar No. 5342100
Assistant Federal Defenders
3
801 I Street, 3rd Floor
Sacramento, CA  95814
4
Tel: (916) 498-5700
Fax: (916) 498-5710
5

6
Attorneys for Defendant
JESUS RAMON CAMPOS

7

8
IN THE UNITED STATES DISTRICT COURT

9
FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11
| UNITED STATES OF AMERICA, | Case No. 2:22-CR-00010-WBS |
| --- | --- |
| Plaintiff, | |
| vs. | **STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER** |
| JESUS RAMON CAMPOS, | |
| Defendant. | DATE:   March 20, 2021<br>TIME:    9:00 a.m.<br>COURT:  Hon. William B. Shubb |

18
**STIPULATION**

19
    Defendant, JESUS RAMON CAMPOS, by and through his counsel of record, and

20
Plaintiff, United States of America, hereby stipulate as follows:

21
    1.  By previous order, this matter was set on March 20, 2023.

22
    2.  By this stipulation, defendant now moves to continue the status conference until March

23
        27, 2023 at 9:00 a.m., and to exclude time between March 20, 2023 and March 27, 2023,

24
        under Local Code T4.

25
    3.  The parties agree and stipulate, and request that the Court find the following:

26
        a)  The government has represented that the discovery associated with this case includes

27
            Spanish audio recordings, reports, and photographs. This discovery has been either

28
            produced directly to counsel and/or made available for inspection and copying.

b) Counsel for the defendant needs additional time to review the discovery, meet with her client to discuss the discovery and how the evidence impacts resolution and sentencing options, conduct independent factual investigation, and discuss a potential plea agreement.

c) The status requested for March 27, 2023 has the potential to be converted into a change of plea hearing.

d) Counsel for the defendant believes that the failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

e) The government does not object to the continuance.

f) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

g) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of March 20, 2023, to March 27, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

//

//

//

//

//

*United States v. Campos* – Stipulation to Continue Status Conference; Order

2

1    IT IS SO STIPULATED.

2

3                                           Respectfully submitted,

4

5                                           HEATHER E. WILLIAMS
                                            Federal Defender
6

7    Dated: March 10, 2023                  /s/ Meghan D. McLoughlin
                                            MEGHAN D. McLOUGHLIN
8                                           /s/ Mia Crager
                                            MIA CRAGER
9                                           Assistant Federal Defenders
                                            Attorney for Defendant
10                                          JESUS RAMON CAMPOS

11

12   Dated: March 10, 2023                  /s/ Cameron L. Desmond
                                            CAMERON L. DESMOND
13                                          Assistant United States Attorney

14

15

16

17                           **ORDER**

18       **IT IS SO FOUND AND ORDERED.**

19   Dated:  March 10, 2023

20                                          WILLIAM B. SHUBB
                                            UNITED STATES DISTRICT JUDGE
21

22

23

24

25

26

27

28

*United States v. Campos* – Stipulation to Continue Status Conference; Order

3